IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Case No.: 2:25-cv-10889-CCC-LDW |

ORDER EXTENDING BRIEFING DEADLINES FOR DEFENDANTS' MOTION
FOR BOND DAMAGES, SANCTIONS, AND ATTOREY'S FEES

AND NOW, this  3   day of October, 2025, upon consideration of Plaintiff's October 1, 2025 application to extend the briefing deadlines for Defendants' Motion for Bond Damages, Sanctions, and Attorneys' Fees,

IT IS HEREBY ORDERED that Plaintiff's application is GRANTED and that the new briefing schedule is as follows:

Plaintiff's opposition papers due on **October 14, 2025**; and

Defendants' reply papers, if any, due on **October 21, 2025**.

Dated: October  3, 2025

_____
Hon. Claire C. Cecchi
United States District Judge